LEND-MOR MORTGAGE BANKERS CORP., Respondent, v EDWARD NICHOLAS et al., Defendants, and AMERIQUEST MORTGAGE COMPANY, Appellant.

Submitted July 17, 2010; decided September 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

LOUIS F. ORTIZ, Appellant, v VARSITY HOLDINGS, LLC, et al., Respondents.

Submitted September 13, 2010; decided September 16, 2010

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT ASHE, Respondent.

Submitted September 7, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN BATTLES, Appellant.

Submitted September 7, 2010; decided September 16, 2010

Motion to vacate this Court's August 16, 2010 preclusion order granted.